**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICARDO VALADEZ-RUIZ, | No. 10-72834 |
| Petitioner, | Agency No. A077-280-926 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 12, 2013[**]

Before:    PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Ricardo Valadez-Ruiz, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order.  We dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Valadez-Ruiz's contention that the record of conviction is insufficient to establish his removability for an aggravated felony because he failed to raise that issue before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004) (explaining that this court lacks jurisdiction to review contentions not raised before the agency).

The motion of petitioner's retained counsel, Elsa Ines Martinez, Esq., to withdraw as counsel of record is granted. The Clerk shall enter on the docket petitioner, 1080 Coronado Avenue, Long Beach, CA 90804, as appearing pro se.

**PETITION FOR REVIEW DISMISSED.**